James T. Ryan, Esq. (SBN 210515)
JAMES T. RYAN, PC
1110 Glenville Drive #307
Los Angeles, California 90035
Phone: (310) 990-2889
*jr@jamestryan.com*

Kenneth A. Goldman, Esq. (SBN 250941)
LAW OFFICE OF KENNETH A. GOLDMAN, PC
15300 Ventura Boulevard, Suite 207
Sherman Oaks, California 91403
Phone: (818) 287-7689
Facsimile: (818) 287-7816
*ken@kengoldmanlaw.com*

For Plaintiff Alana Schwartz
and other persons similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALANA SCHWARTZ, individually and on behalf of other persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DESTINATION MATERNITY CORPORATION and DOES 1-20,<br><br>Defendants. | Case No.: 14-CV-01477-GHK-FFM<br><br>[proposed] ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTIN SETTLEMENT, CONDITIONALLY CERTIFYING A SETTLEMENT CLASS, APPROVING FORM OF NOTICE OT THE CLASS AND SETTING A SCHEDULE REGARDING FINAL APPROVAL OF SETTLEMENT<br><br>NOTE CHANGES MADE BY THE COURT<br><br>Before the Hon. George H. King |

ORDER

On July 20, 2015, at 9:30 a.m., the Court, the Honorable George H. King presiding, conducted a hearing regarding the motion brought by Plaintiff Alana Schwartz ("Class Representative") for Preliminary Approval of Class Action Settlement. The parties appeared by their respective counsel of record.

After considering the papers and the arguments of counsel, and good cause appearing, IT IS ORDERED THAT:

1. For purposes of this Order, the Court adopts and incorporates all definitions set forth in the Settlement Agreement and Release ("Settlement Agreement").

2. The Court finds that the requirements of Rule 23 of the Federal Rules of Civil Procedure and other laws and rules applicable to preliminary settlement approval of class actions have been satisfied, and the Court finds & concludes that the settlement is within the range of approvable settlement such that notice should be given to the class, and thus:

   (a) conditionally certifies for purposes of implementing the Settlement Agreement only the Class as defined in the Settlement Agreement;

   (b) appoints Class Representative as the representative of the Class;

   (c) appoints the following attorneys as Class Counsel for the Class for purposes of settlement and finds for purposes of settlement that these attorneys are qualified to represent the Class: James T. Ryan, P.C., James T. Ryan, 1110 Glenville Dr. #307, Los Angeles, California 90035 and Law Office of Kenneth A. Goldman, P.C., 15300 Ventura Boulevard, Suite 207, Sherman Oaks, California 91403.

3. The Court approves, as to form and content, the Full Class Notice attached as Exhibit 1 to the Settlement Agreement, the Summary Direct U.S. Mail Notice attached as Exhibit 2 to the Settlement Agreement, and the Summary Direct

Email Notice attached as Exhibit 3 to the Settlement Agreement. The Court finds that distribution of the Full Class Notice, the Summary Direct U.S. Mail Notice and the Summary Direct Email Notice in the manner set forth in this Order and the Settlement Agreement constitutes the best notice practicable under the circumstances, and constitutes valid, due and sufficient notice to all members of the Class, complying fully with the requirements of Rule 23 of the Federal Rules of Civil Procedure, the Constitution of the United States, and any other applicable laws. The forms of notice in this Order and in the Settlement Agreement provide a means of notice reasonably calculated to apprise the Class Members of the pendency of the action and the proposed settlement, and meet the requirements of Rule 23(c)(2) of the Federal Rules of Civil Procedure, as well as due process under the United States Constitution and any other applicable law, and shall constitute due and sufficient notice to all Class Members entitled to notice.

4. The Court approves the selection of Gilardi & Co. LLC as the Claims Administrator. The Claims Administrator will administer the applicable provisions of the Settlement Agreement in accordance with the terms of the Settlement Agreement, including, but not limited to, distributing and providing the Class Notice, preparing and issuing or working with Destination Maternity Corporation to issue all certificates to Class Members, and handling inquiries about the Settlement terms. All reasonable fees and costs of the Settlement Administrator shall be paid by Defendant.

5. Not later than fourteen (14) days after the date of this Order, Destination Maternity Corporation shall provide the Claims Administrator with a list ("Class List") of the Class Members as defined in the Settlement Agreement. The Class List shall state the name, last known email address (if available) and last known mailing address (if available). The Claims Administrator shall identify those Class Members for whom Destination Maternity has a physical mailing address (street or post office box) only and does not have an email address. The

Claims Administrator shall conduct a national change of address search with respect to each such Class Member.

6. Within 30 days after notice of entry of this Order, class counsel shall file their motion for final approval, plaintiff's incentive award, & application for attorneys fees & costs, all of which shall be posted on the website of the Claims Administrator.

7. Within thirty (30) days after notice of entry of this Order, the Claims Administrator shall send via e-mail the Summary Direct E-mail Notice to Class Members to each Class Member for whom Destination Maternity Corporation has an email address. The Summary Email Notice to Class Members will include a link to the Claims Administrator's internet site.

8. Within thirty (30) days after notice of the entry of this Order, the Claims Administrator shall send via U.S. mail the Summary Direct U.S. Mail Notice to Class Members to each Class Member for whom Destination Maternity Corporation has a physical mailing address (street or post office box) only and does not have an email address. The Summary U.S. Mail Notice to Class Members shall include the Claims Administrator's internet site address, and the Claims Administrator's internet site shall contain the Full Class Notice and the Settlement Agreement.

9. If any of the Summary Direct E-Mail Notices are returned undeliverable and the Claims Administrator is aware, or has reason to believe, that the reason such Notices are undeliverable is because the email address to which the notice was sent has been deleted or no longer exists, then the Claims Administrator shall send each such Class Member the Summary Direct U.S. Mail Notice to Class Members. The Claims Administrator shall conduct a national change of address search prior to sending any subsequent notice by U.S. Mail.

10. The Claims Administrator's website shall also include a link for Class Members to indicate the Class Member's desire to be removed from the Mailing Lists. The names and any personal identifying information of those Class Members who seek removal from the Mailing Lists shall be provided to Destination Maternity Corporation at the time of the Final Fairness and Approval Hearing.

4

ORDER

10. ~~11~~ Not later than forty-five (45) days after notice of the entry of this Order, Plaintiff shall ~~certify~~ to the Court that she has complied with the notice requirements set forth in the Settlement Agreement and this Order.

11. ~~12~~ Any person may request to be excluded from the Class provided that he or she postmarks a request for exclusion from the Class to the Claims Administrator no later than forty (40) calendar days from the date the Claims Administrator sends Notice to the Class.

12. ~~13~~ Any Class Members wishing to object to the approval of the Settlement, the award of attorneys' fees and reimbursement of costs to Class Counsel, or Class Representative's application for incentive award ("Objecting Class Members") shall inform Class Counsel, Destination Maternity Corporation's Counsel, and the Claims Administrator in writing of his or her objections by sending objections and copies of any papers and briefs desired to be considered, together with proof of membership in the Settlement Class, in the manner set forth in the Class Notice to each of the following:

Class Counsel:

James T. Ryan, Esq.
James T. Ryan, P.C.
1110 Glenville Drive #307
Los Angeles, California 90035


Kenneth A. Goldman, Esq.
Law Office of Kenneth A. Goldman, P.C.
15300 Ventura Boulevard, Suite 207
Sherman Oaks, California 91403

1  Destination Maternity Corporation's Counsel:
2      Molly M. Lane, Esq.
3      Morgan, Lewis & Bockius, LLP
4      One Market Plaza
5      Spear Street Tower
6      San Francisco, California 94105
7
8  Claims Administrator:
9      Destination Maternity Settlement Administrator
10     c/o Gilardi & Co. LLC
11     3301 Kerner Blvd.
12     San Rafael, CA 94901
13     14. [~~13.~~] Objections of the Objecting Class Members and notices of their
14 intention to appear at the final approval hearing shall be deemed timely only if
15 postmarked to Class Counsel, Destination Maternity Corporation's Counsel, and
16 the Claims Administrator within forty (40) calendar days from the date the Claims
17 Administrator sends Notice to the Class. The objection must set forth, in clear and
18 concise terms, the legal and factual arguments supporting the objection. Unless
19 otherwise requested by the Court, Class Members shall not be entitled to speak at
20 the final approval hearing unless they have submitted a timely written objection
21 and notice of intention to appear pursuant to this Order. Any settlement Class
22 Member who does not make his or her objection(s) in the manner provided in this
23 Order and in the Class Notice shall be deemed to have waived such objection(s)
24 and shall forever be foreclosed from making any objection(s) to the fairness or
25 adequacy of the proposed Settlement as incorporated in the Settlement Agreement
26 and the award of attorney's fees and reimbursement of costs to counsel and the
27 right to appeal any related orders, unless otherwise ordered by the Court.
28     15. [~~14.~~] Class Representative shall prepare and file with the Court a joint list

of Class Members who have filed timely requests for exclusion within one-hundred-and-five (105) calendar days of the date of this Order.

16 ~~15~~. Class Counsel shall file and serve papers in support of final approval of the Settlement and respond to any objections one-hundred-and-five (105) calendar days of the date of this Order. ~~Any motion by Class Counsel for an award of attorney's fees and costs and Class Representative's application for incentive award shall be filed at the same time.~~ ~~The motion for final approval of settlement, motion for attorney's fees, and application for incentive award shall be posted on the website of the Settlement Administrator so that it may be reviewed and printed out by any member of the Class~~.

17 ~~16~~. On December 7, 2015, at 9:30 a.m. before the Honorable George H. King in Courtroom 650 of the United States District Court for the Central District of California located in the Edward R. Roybal Federal Building and United States Courthouse, 255 East Temple Street, Los Angeles, California, 90012, the Court will hold a hearing to determine a motion for final approval of the Settlement and application for incentive award and attorney's fees and costs (the "Final Fairness and Approval Hearing"). The Court reserves the right to adjourn the date of the Final Fairness and Approval Hearing without further notice to the members of the Class, and retains jurisdiction to consider all further applications arising out of or connected with the Settlement. The Court may approve the Settlement, with such modifications as may be agreed to by the parties to the Settlement, if appropriate, without further notice to the Class.

**IT IS SO ORDERED**.

DATED: 7/20/15

_____
Honorable George H. King
United States District ~~Court~~ Judge